UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-CV-20793-PAS

ANTHONY STANLEY, M.D.,
      Plaintiff,

v.

THE BRAVEHEART GROUP, LLC,
a New Jersey Limited Liability Company,
d/b/a THE JOURNAL OF URGENT
CARE MEDICINE et al,
      Defendants.

_____/

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

This matter is before the Court on Defendants' Motion for Matthew J. Cavanagh to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [DE 21].  Upon consideration, it is hereby

**ORDERED** that:

1.  The Motion to Appear *Pro Hac Vice* [DE 21] for Matthew J. Cavanagh of the law firm of McDonald Hopkins, LLC, 600 Superior Avenue East, Suite 2100, Cleveland, Ohio 44114, on behalf of Defendants is GRANTED.  Mr. Cavanagh shall be permitted to appear *pro hac vice* on behalf of Defendants solely for purposes of this case;

2.  During the course of this case, Mr. Cavanagh shall comply with the Local Rules of the Southern District of Florida in all submissions and representations to the Court.  Failure to comply may result in the

1

imposition of sanctions, including but not limited to the revocation of his

*pro hac vice* admission;

3. Chelsea L. Furman, Esq., who is a member of the bar of this Court and

   who maintains an office in this state for the practice of law, shall be the

   designated local counsel for Defendants with whom the Court and counsel

   may readily communicate and upon whom papers may be served; and

4. The request for Mr. Cavanagh to electronically receive notices of electronic

   filings ("NEF") at mcavanagh@mcdonaldhopkins.com is GRANTED. The

   Clerk of Court is DIRECTED to add this email address as a NEF

   recipient.

DONE and ORDERED at Miami, Florida, this 3rd day of April, 2023.

PATRICIA A. SEITZ
UNITED STATES SENIOR DISTRICT JUDGE