UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-CV-20793-PAS

ANTHONY STANLEY, M.D.,
    Plaintiff,

v.

THE BRAVEHEART GROUP, LLC,
a New Jersey Limited Liability Company, d/b/a
THE JOURNAL OF URGENT CARE MEDICINE;
EXPERITY INC., an Illinois Corporation, d/b/a
EXPERITY HEALTH; URGENT CARE
ASSOCIATION, INC., an Illinois Corporation,
d/b/a URGENT CARE ASSOCIATION; and
URGENT CARE COLLEGE OF PHYSICIANS, INC.,
an Illinois Corporation, d/b/a
COLLEGE OF URGENT CARE MEDICINE,
    Defendants.
_____/

## ORDER SETTING PRETRIAL DEADLINES, TRIAL DATE, AND REFERRAL TO MAGISTRATE

This matter was before the Court for a Local Rule 16.1 Scheduling Conference on June 14, 2023. Pursuant to the Scheduling Conference, and having considered the parties' Joint Scheduling Report to best manage this case, it is hereby

    ORDERED:

1. **Amended Complaint.** Plaintiff will file his Amended Complaint by **July 14, 2023**.

2. **Amended Answers and Affirmative Defenses.** Defendants will file their Amended Answers and Affirmative Defenses by **July 24, 2023**.

1

3. **Initial Rule 26 Disclosures.** The parties will exchange all documents supporting their claims and defenses as required by Fed. R. Civ. P. 26 by **June 23, 2023.**

4. **Status Conference.** The parties are to appear before the Court for another Status Conference on **November 9, 2023**, at **10:30 am**, after the completion of mediation and before the deadline for expert disclosures.

5. **Trial Date.** This case is set for jury trial on the Court's two-week trial period commencing **June 17, 2024**, before the undersigned United States District Judge. The trial is estimated to take five days. The case shall be assigned to the Standard case management track.

6. **Pretrial Conference.** A Pretrial Conference shall be held on **June 3, 2024**, at **10:30 am.** Trial counsel must be present at the Pretrial Conference, during which the parties will address the jury instructions and expected evidentiary issues.

7. **Pretrial Deadlines and Dates**. The Court will hold the parties to the following deadlines:

    | | |
    |---|---|
    | JUNE 28, 2023 | Deadline to schedule mediation |
    | AUGUST 11, 2023 | Deadline to complete initial discovery requests |
    | OCT. 17, 2023 | Deadline to complete all fact discovery and depositions |
    | OCT. 31, 2023 | Deadline to complete mediation |
    | NOV. 10, 2023 | Status Conference |

| | |
|---|---|
| NOV. 17, 2023 | Deadline for Plaintiff to furnish expert witness lists, along with the summaries/reports required by Fed. R. Civ. P. 26(a)(2) |
| DEC. 15, 2023 | Deadline for Defendant to furnish expert witness lists, along with the summaries/reports required by Fed. R. Civ. P. 26(a)(2) |
| JAN. 16, 2024 | Deadline to complete expert discovery |
| FEB. 8, 2024 | Deadline for all dispositive pretrial motions and memoranda of law, such as motions for summary judgment and *Daubert* motions |
| MAY 6, 2024 | Deadline for filing pretrial stipulation, proposed jury instructions, and Joint Summary of Respective Motions *in Limine*[1] |
| MAY 13, 2024 | Deadline to submit final joint proposed jury instructions, each party's exhibit and testifying witness list, and a one-sentence synopsis of the testimony. In consultation with opposing counsel, indicate the amount of time needed for direct and cross-examination. |
| JUNE 3, 2024 | Pretrial Conference |
| JUNE 17, 2024 | Trial |

8. **Referral to Magistrate**. Pursuant to Rule 1 of the Magistrate Rules of the Southern District of Florida, **ALL DISCOVERY AND ALL MOTIONS FOR ATTORNEYS' FEES, COSTS AND SANCTIONS** are referred to

---

[1] The Joint Summary of Respective Motions *in Limine* operates as the filing for the parties' motions *in limine*. The summary shall contain a cover page providing the style of the case and an index of the motions *in limine*. The summary shall also include for each evidentiary issue: (i) a one-page motion identifying the evidence sought to be precluded or admitted at trial and citing legal authority supporting same; and (ii) a one-page response to the motion providing a statement of the purpose for which the challenged evidence would be offered or excluded and citing legal authority in support thereof. The parties shall work together to prepare the summary. Prior to submission of the summary, the parties are encouraged to resolve evidentiary issues through stipulation.

Magistrate Judge Lisette Reid for appropriate resolution. DISCOVERY DISPUTES THAT REQUIRE COURT INTERVENTION SHALL FOLLOW THE PROCEDURES SET OUT ON ATTACHMENT A. It shall be the responsibility of the parties to note on all materials necessary to the resolution of the referred matters the name of Magistrate Judge Reid on the case number caption (i.e., Case No. 99-1234-CIV-SEITZ/REID) and that courtesy copies shall be directed to her Chambers.

9. **Settlement**. If this case is settled, counsel must inform the Court within two (2) days by calling Chambers.

10. **Non-compliance with Order and Rules of Court**. Non-compliance with any provision of this Order, the Federal Rules of Civil Procedure, and/or the Local Rules of Court, may subject the offending party to **sanctions or dismissal**. It is the duty of all counsel to enforce the case management timetable to ensure an expeditious resolution of this cause.

DONE AND ORDERED in Miami, Florida, this 15th day of June, 2023.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: The Honorable Lisette M. Reid
Counsel of Record

# DISCOVERY PROCEDURE FOR
# MAGISTRATE JUDGE LISETTE M. REID

The following discovery procedures apply to all civil cases assigned to United States Magistrate Judge Lisette M. Reid. If the parties are unable to resolve their discovery disputes without Court intervention, Judge Reid will set the matter for hearing without the need for filing a motion.

The moving party must seek relief within fifteen (15) days after the occurrence of the grounds for relief by contacting Judge Reid's Chambers by email and requesting a hearing. The requesting party must send an email to Reid@flsd.uscourts.gov in which they shall copy all opposing counsel, provide a brief description of the nature of the dispute, and attach any reliance materials.

Once a hearing date is obtained from the Judge Reid's Chambers, the movant shall provide notice to all relevant parties by filing a Notice of Hearing. The Notice of Hearing shall briefly specify the substance of the discovery matter to be heard and include a certification that the parties have complied with the pre-filing conference required by Southern District of Florida Local Rule 7.1(a)(3).

No written discovery motions, including motions to compel and motions for protective order, shall be filed unless requested by Judge Reid. It is the intent of this procedure to minimize the necessity of motions.

The Court expects all parties to act courteously and professionally in the resolution of their discovery disputes and to confer in an attempt to resolve the discovery issue prior to requesting the hearing. Personal conferral, **in person or by phone**, is required unless the opposing party or counsel refuses to confer, in which case the moving party should advise the Court in the motion of such good faith efforts to confer and the opposing party or counsel's refusal. The Court may impose sanctions, monetary or otherwise, if the Court determines discovery is being improperly sought or is not being provided in good faith.

Attachment A