UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case No.: 1:23-cv-20793-PAS

Anthony Stanley, M.D.,

    Plaintiff,

vs.

The Braveheart Group, LLC, a New Jersey Limited Liability Company, d/b/a The Journal of Urgent Care Medicine,

    Defendant.

_____/

**Joint Stipulation of Dismissal**

In accordance with Fed. Civ. R. 41(a)(1)(A)(ii), the parties, Plaintiff Anthony Stanley, M.D., and Defendant The Braveheart Group, LLC, d/b/a Journal of Urgent Care Medicine, stipulate that they have settled their dispute at court-ordered mediation, stipulate to a dismissal of this entire action with prejudice, and request that the Court retain jurisdiction over enforcement of the settlement.

SO STIPULATED:                                             Dated: August 29, 2023

/s/Barry Chase
Barry Chase, Esq.
ChaseLawyers
21 SE 1st Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 373-7665
Facsimile: (305) 373-7668
Email: barry@chaselawyers.com

*Attorneys for Anthony Stanley, M.D.*

/s/ Chelsea L. Furman
Chelsea L. Furman (FBN 118674)
cfurman@mcdonaldhopkins.com
McDonald Hopkins LLC
501 South Flagler Dr., Ste. 200
West Palm Beach, Florida 33401
Tel: 561-472-2121

*Attorneys for Braveheart Group, LLC*

32436413.1