# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 1:23-cv-20793-PAS

Anthony Stanley, M.D.

**Plaintiff(s)**

v.

FILED BY ___ D.C.
JUN 20 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

The Braveheart Group, L.L.C a New Jersey Limited Liability Company, d/b/a The Journal of Urgent Care Medicine

**Defendant(s)**

Settlement Motion False Document Filing Notification

*(TITLE OF DOCUMENT)*

I, Anthony Stanley, M.D., plaintiff or defendant, in the above styled cause,

See Attached

(Rev. 10/2002) General Document

Certificate of Service

I **Anthony Stanley, M.D.**, certify that on this date **6/20/2024** a true copy of the foregoing document was mailed to:

_____
name(s) and address(es)

By: **Anthony Stanley**
Printed or typed name of Filer

**N/A**
Florida Bar Number

**(305) 439-7274**
Phone Number

**7900 Harbor Island Drive #1514**
Street Address

**North Bay Village, FL 33141**
City, State, Zip Code

_Anthony Stanley_
Signature of Filer

**stanmeddesigns@gmail.com**
E-mail address

**N/A**
Facsimile Number