June 18th, 2024

Dear U.S. District Court Southern District of Florida (Miami):

## Civil docket for case #: 1:23-cv-20793-PAS

**To Whom It May Concern:** I, Anhtony Stanley, MD want to formally go on record that I **contest with the fraudulent filing of this document.** The court may not know but I am the primary caretaker of my 93 y/o mother with dementia for 2 years. I work part time now. I have had an exceedingly challenging time the past 9 months, obtaining a Florida Lawyer to **appeal the case.** Either it is not their area of law, or they are afraid of the "taboo stigma" of "a settled case once sealed, nobody can reopen." I have a 30-page log of lawyer research correspondence, documenting my difficulties finding a lawyer even Dade County Bar association, Broward County Bar Association, and Florida Bar Association, and private law firms. I am unsuccessful at this point in obtaining appropriate legal representation for those interested. So, it is without available legal representation at this time, and concern of exceeding any **statue of limitations,** that I will submit on my own complaint as a US Citizen and Florida Resident. This document will serve as my **formal complaint** and **request for an appeal approval.**

To start I must inform you that on the **eve of** August 24th, 2023, of a scheduled mediation in which offers of settlement damages were on the table with the defendant accused of **Copyright Infringement, Predatory Journalism** (article reprinting, 24 months of full-page advertisements in the journal to help offset business loss, cash damage awards for damage to various business plans interrupted etc.). Just before 4 pm, on the **eve of** August 24th, 2023, my Attorney Barry Chase received communication from defense Attorney Matthew Cavanagh, of possible witness tampering without personally investigating into the accusation or facts. Attorney Chase, **fell for** and believed the **False Narrative** given to him **(Reid Technique)** by the defense Attorney Matthew Cavanagh. Attorney Chase on the spot, became frantic and stated he was "going to quit my case" (after 2.5 years paid legal services). He stated I am "no longer going to defend you," "nor am I going to the mediation," which was prescheduled for next morning. He rescinded (a week ago), prior offer to come to his office to view the Zoom mediation together. In an unusual tone of voice, threatened me that, if **"The Judge"** finds out you could be made to **pay all legal fees** and **go to jail!** At that point on, he became dysfunctional (breach of duty to provide skillful and competent legal representation). The next morning, he called me unexpectedly and stated he was going to be at the schedule Zoom Mediation, but he **was not** going to defend me only facilitate paperwork (and that is what he did from that point on, true to his word, push papers), and that he had **an image to uphold.** From that point he provided **no defense**

**counseling, or legal advisement services were rendered.** Late that Thursday afternoon I became numb, nervous, and confused trying figure things out, ("what tampering" and why would the "Judge be angry with me..." the whole night I and many nights thereafter) was an intense adrenaline rush nightmare, like I was drinking a pot of coffee). At the mediation the following morning, a lot of legal formalities I had expected, were just dropped. I believe unbeknown to me there was communication from the defense side to the Mediator, which may have prejudiced the resolve of the Mediator. I suspect he was **likely told the same false narrative.** For their fee of $4500 for mediation services, there was no introduction of attendees on the defense side, no discussion of the day's agenda process, no closing statement at the end of the day. The Mediator stated that my attorney Barry Chase (**unbeknown to me**) had called his office late Thursday evening in an attempt to cancel my mediation but subsequently was told he had to be present at the Zoom Meeting the next morning. When the Mediation started the Mediator (attorney Jeffrey Grubman), addressed me as though I was a **"convicted criminal"** he told me he knew about the case and that I had no options. He gave me further legal advice that, that I should sign the settlement now, "a walk away" or risk **"The Judge"** finding out and make you pay JUCM legal fees, "which are $150,000 right now", and possibly go to jail. My lawyer said nothing. **Attorney Grubman conducted the settlement!** I was just numb, frozen, in shock sitting alone in my condominium in front of a computer screen. A frightening experience to be accused, tried, and sentenced in a few seconds. I later found out my lawyer could have stopped the Mediator from addressing me in such a harsh tone, made them conduct the mediation professionally and or postponed the settlement etc... My lawyer just sat quietly on his side of the computer. **I am not a lawyer in am just a doctor!** I signed the settlement papers presented to me (pages 1-4) **under duress** on the morning of August 24,2023 and e mailed them back to the Mediator. I e-mailed my council several times during the day for a counter signed contract agreement by the JUCM that day but was repeatedly ignored. Please request a **copy of the Zoom Video recordings** of the mediation date 8/25/2023 from Attorney Barry Chase office, Attorney Mathew Cavanagh office and JAMS (Attorney Jeffery Grubman).

Now with that background: The present documents are signed by **Matthew Logan,** General Council for the Braveheart Group**,** a non-Florida lawyer, who was not present at the Zoom Settlement hearing 8/25/2023, nor did he partake in the settlement terms negotiations on 8/25/2023, however, affixed his signature on the settlement documents confirming the completion of negotiated agreement between myself (Anthony Stanley, MD) and the Braveheart Group on the date 8/25/2023. I find it strange that all attorneys involved knowingly forwarded **Judge Patrica Seitz** documents to signoff, dated 8/25/2023, because the forms she signed, did not exist **on 8/25/2023.** Secretly, the documents were being

meticulously recrafted. From my investigation, this drafting took place over a 5-day period. The final redrafting date was 8/29/2023). The documents attorney **Matthew Logan** signed are fake, altered documents (terms were changed on every page #1-4 of which they attached signature page # 5 from Dr. Stanleys originally signed document from 8/25/2023. This can be verified by checking the serial #'s on the bottom left conner of each document you have filed. They are different from page #5. I would like to bring your attention to Terms section #3 on Page 2. **Resubmission** this is a revised version from the original one I signed on 8/25/2023, after reading it, in comparison from the original I signed, one can see, it is another unlawful attempt to strengthen their control over potential authors and limit my ability to freely submit a new article without giving up all control of copyrighted work upon submission. **This ploy** will increase their ability to practice **Predatory Publishing** and **Copyright Infringement** with no challenges, which is the original crime that brought us to your court. You, see Judge Seitz, you cannot trust these lawyers / JUCM. They are willing to use your signature from the Court to certify false documents that will hinder the negotiations and financial control of future hard-working authors of all nationalities, they don't care we are "just another mark". They learned from joyfully, and miserably hurting me, how to avoid detection and now have "crafted **a foolproof plan approach,**" by signing the document they sent to your desk and approved. I am concerned they will likely use this approved document by you and set a new standard of practice that can be adapted nationwide to overshadow the hard-fought established Copyright Laws of America.  They need a strong punishment from your office that will resonate and let the world know **Florida Law is Impeccable.** Also notice **Terms** section # 14 **Modification** clearly states: **"Any modifications of this Agreement must be in writing and signed by all Parties. No oral modifications shall be effective to vary or alter the terms of this Agreement."** This condition means that I (Anthony Stanley, MD) should have **cosigned the recent changes** to be effective and acknowledge acceptance, as per the explanation written (but I never did). I later discovered those documents were crafted in full collaboration, by the **three "Florida lawyers"**: Matthew J. Cavanagh, Chelsea Leigh Fuand and Barry Chase as listed. They were very tricky, Judge Seitz. It is only with 36 months (up to this point) of pain, suffering, nightmares, getting up reading, re-reading and rethinking what went wrong that I finally could put the full picture together. It all started because of stealing and misprinting my **7-year research medical article** and senseless strong defiance **to avoid simply reprinting** it on their part. As Spike Lee would say **"do the right thing."**  They need more than **a "slap on the wrist."**

I would like to take a moment to review the **definition of "Florida Lawyer"** as defined by **Judge Patricia A. Seitz**. In a hearing, CASE # 23-cv-20793 she presided over, June 14, 2023. In her opening statements Page 11 section #15-25 and continues to page 12 sections 1-20.

In those sections she clearly explained the way she expected her "Florida Lawyers" to conduct themselves. She talked about how proud she was of her "Florida lawyers." Their professionalism, their character, the privilege they have to serve the law with honesty, respectful, truthfully, and integrity **to the citizens of Florida, particularly for the plaintiff** attorney. She even said a word to the defendant lawyer, **"to take this opportunity of how they can do better in the future."** What she said was clear and like school kids nodding their heads acknowledged by **Matthew J. Cavanagh, Chelsea Leigh Furman, Barry Chase**. Their subsequent plotted actions are contrary to what Judge Patricia A. Seitz had discussed. They, collectively, the "Florida Lawyers" disobeyed, conspired together to obtain a signed, **False Narrative Draft** that will make them all come out looking **squeaky clean**, limit the reprisals of Dr. Stanleys claims **copyright infringement and predatory publishing**, enhance their personal **esteem, advocate for continued employment potential with their employer, and for some, just keep their "image intact"**.

The sum of these actions since 8/24/2023 has caused me, undo mental stress, poor sleep, decline in my physical health and depression. I intercepted an email communication from Attorney Cavanagh to Attorney Barry Chase on plotting, <u>adding more information on to the submitted filed settlement documents</u>. On 9/12/2023 They discussed how to straighten out some filing mistakes attorney Cavanagh had run into. My attorney Barry Chase was assisting him with support. To find out there was **more plotting of the horrific crime I thought was over was a shock**. I subsequently emailed both on 9/13/2023 (documented) to stop that unlawful communication. They were "freaking me out" and to ask me any questions that come up and not Attorney Chase as of that date. I informed Attorney Cavanagh; Attorney Chase was no longer my attorney. The next day I felt weak and fatigued, at a coincidentally, scheduled PCP visit. The doctor said I did not look good. EKG revealed Atrial Fibrillation with a fast ventricular rate. She sent me to **Baptist Health South Miami Hospital Emergency Room** September 14, 2023. The diagnosis of acute atrial fibrillation with rapid ventricular response was confirmed, pending myocardial infarction if not corrected. I had to **undergo a workup** at that time and documented in the medical records. The condition was stabilized with medication and in retrospect all triggered from the sudden sustained stress of 8/24/2023 and subsequent events.

These deceptive actions added to ongoing damage I believe resulted in my current personal injury and continued monetary loss I suffer. These "Florida Lawyers" committed **premeditated deception** and **lies to the detriment** to me, Anthony Stanley, MD (community servant). **Legal Malpractice** by these lawyers is the term that comes to mind.

I would like to ask the court to formally investigate my complaint of false filing of the documents submitted and if what I am saying is confirmed please render the filed

settlement agreement dated 8/25/2023 **null and void (appeal approval)** and a statement to allow me the freedom to pursue true justice, for my case with a true "Florida Lawyer or Firm".

My family and I would like to thank you for your time, dedication, and hard work for the State of Florida justice system.

Sincerely,

*[signature]*

Anthony G. Stanley, MD