UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:23-cv-20793-PAS

Anthony Stanley, M.D.

Plaintiff(s)

v.

The Braveheart Group, L.L.C. a New Jersey limited liability Company, d/b/a The Journal of Urgent Care Medicine

Defendant(s)

FILED BY _____ D.C.
JUN 26 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Notice of Filing
(TITLE OF DOCUMENT)

I, Anthony Stanley, M.D., plaintiff or defendant, in the above styled cause,

I would like the court to be informed Chase Lawyers, Barry Oliver Chase ESQ no longer represent me. Please see the attached Notice of Disengagement of Legal Counsel dated 12/3/2023.

I request all contact information for Barry O. Chase ESQ be removed and only send Plaintiff communication and request (until further notification of new attorney) be sent to:

Anthony G. Stanley
7900 Harbor Island
Suite #1514
North Bay Village, FL 33141
Phone: (305) 439-7274
email: stanmeddesigns@gmail.com

(Rev. 10/2002) General Document

*See Attached*

**Certificate of Service**

I, Anthony Stanley M.D., certify that on this date 6/26/2024 a true copy of the foregoing document was mailed to: _____
name(s) and address(es)

By: Anthony Stanley
Printed or typed name of Filer

N/A
Florida Bar Number

(305) 439-7274
Phone Number

7900 Harbor Island Drive #1514
Street Address

North Bay Village, FL 33141
City, State, Zip Code

[Signature] Anthony Stanley
Signature of Filer

Stanmeddesigns@gmail.com
E-mail address

N/A
Facsimile Number



**Website:** www.ChaseLawyers.com

IP, Entertainment, Arts, Sports and Media Law

| 21 SE 1st Ave. Suite 700 | 1345 6th Avenue, 2nd Floor |
| Miami, FL 33131 USA | New York, NY 10105 |
| Office (305) 373-7665 | Office (212) 601-2762 |
| Fax (305) 373-7668 | Fax (305) 373-7668 |

Barry Oliver Chase
Senior Partner
Barry@ChaseLawyers.com
Florida, New York, District of
Columbia, US Supreme Court

Gregory Bloom
Partner
Greg@ChaseLawyers.com
Florida

Alexander Loveyko
Associate Attorney
Alex@ChaseLawyers.com
New York

Anastasia Latman
Associate Attorney
Anastasia@ChaseLawyers.com
New York

J. D. O'Connor
Associate Attorney
Justin@chaselawyers.com
Florida

Tomas Michelson
Associate Attorney
Tomas@chaselawyers.com
Florida

Michael Epstein
Of Counsel
Michael@chaselawyers.com
Florida

December 3, 2023

To:
Dr. Anthony Stanley,
7900 Harbor Island Drive, Unit #1514
North Bay Village, Fl 33141

Via Email Only to stanmeddesigns@gmail.com

## Re: DISENGAGEMENT OF LEGAL COUNSEL

Dear Dr. Stanley:

In order to comply with ethical requirements of the Florida, New York and DC bars, this letter will serve as notification of this Office's disengagement from further legal representation of you and any entity with which you may be associated (heretofore or on this date), including matters relating to corporate requirements, taxes, intellectual property, contractual commitments, libel, slander, copyright, trademark, and/or tortious and/or criminal conduct of any and every sort.

We thank you for allowing us to be of assistance to you and wish you the best in all things for the future.

Yours truly,

*[signature]*

Barry Oliver Chase, Senior Partner