UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20793-CIV-SINGHAL/REID

ANTHONY STANLEY,

　　　Plaintiff,

vs.

THE BRAVEHEART GROUP, LLC,
a New Jersey Limited Liability Company,
d/b/a THE JOURNAL OF URGENT CARE
MEDICINE,

　　　Defendant.
_____/

## ORDER OF REFERRAL

**THIS CAUSE** has come before the Court upon the Plaintiff's "Motion False Settlement Document Filing Notification" (DE [50]).  Pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion (DE [50]) is **REFERRED** to Magistrate Judge Lisette M. Reid for report and recommendation.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 1st day of July 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF and
Hon. Lisette M. Reid