(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: ___1: 23 - CV - 20793-PAS___

Anthony Stanley, M.D
_____
### Plaintiff(s)

FILED BY _____ D.C.

JUL 1 9 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

v.

The Breveheart Group LLC a New Jersey Limited
Liability Company d/b/a The Journal of Urgent
Care Medicine
_____
### Defendant(s)

### Motion Filing of Unauthorized Confidential legal Records
#### (TITLE OF DOCUMENT)

I, Anthony Stanley MD plaintiff or defendant, in the above styled cause,

### See Attached

June 18th, 2024

Dear U.S. District Court Southern District of Florida (Miami):

# Civil docket for case #: 1:23-cv-20793-PAS

**To Whom It May Concern:** I, Anhtony Stanley, MD want to formally submit a Motion of complaint regarding Attorney Barry Oliver Chase **Bar # 83666 for malicious filing of unauthorized confidential legal documents into my file**. Attorney Chase is my former lawyer whose services were terminated 12/03/2023 he was paid in full. I have not heard from Attorney Chase since that date. On 06/26/2024 a notice was filled out to inform the court he was no longer the attorney of record and to remove his contact information which is still present on my files. Attorney Chase has no authority to provide any activity on my legal records. However, he filled in a response in opposition on my files dated 7/12/2024. In his filings he downloaded a 74-page document listing all my personal files he has obtained with notes and highlights while being my active attorney for 2.5 years. These files are currently Sealed with a GAG Order, by the Southern District of Florida courts **pending a appeal request.**

By the willful action of Attorney Chase **skillfully downloading** unauthorized Sealed legal documents he has opened my personal and private information to the public and not to mention the advantage of the Defendants, The Braveheart Group, LLC of whom I am in opposition with over the **settlement documents procurement and filing.** There is no activity with the case because it is **"Sealed". Barry Chase worked along with Attorney Chelsea Furman and Attorney Matthew Cavanagh, all of whom were instrumental in getting the case "Improperly Sealed".** His current actions have compromised me severely.  I am requesting the court to remove these documents ASAP from website access immediately and contact Attorney Barry Chase about his error.

 Of special note to the Court is, that, I am currently in a legal dispute with **The Braveheart Group, LLC** represented **by Attorney Chelsea Furman and Attorney Matthew Cavanagh**. It is interesting for the Court to know that **both** law firms **(Barry Oliver Chase PA and Matthew Cavanagh of Mc Donald Hopkins, LLC)** filed **Responses in opposition to my Motion False Settlement Document Filing** the **same day and time frame on 7/12/2024** (see **Exhibit 1). It would appear that the two legal firms were in communication with each other and both submitting similar information on the same day**. They did not acknowledge any request to contact each other to me, so it is **a secret concealed, communication regarding a Gag Order Case if true. I would like the court to ask both**

**law firms if they have been in contact with each other and also submit all e mails and phone logs for the month of June 2024 and July 2024 to verify otherwise.**

The court should know I have recently written to the **Florida Bar (ACAP Ref #24-13590)** about Attorney Barry Chase abandonment of my legal services at the crucial hours August 2023 during **settlement negotiations** with The Braveheart Group, LLC. Attorney Barry Chase services were formally terminated 12/03/2023. **I hope he is not performing a vengeful act using the Florida Court Legal system**! I am requesting a formal investigation into **all parties** listed on this complaint.  Please contact Attorney Barry Chase to stop his illegal activity.


Sincerely

Anthony G. Stanley, MD

Exhibit 1



ATTORNEY TO BE NOTICED

**Defendant**
**Experity, Inc.**
*doing business as*
Experity Health

represented by Chelsea Leigh Furman
(See above for address)
*ATTORNEY TO BE NOTICED*

Matthew J. Cavanagh
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Urgent Care Association, Inc.**
*doing business as*
Urgent Care Association

represented by Chelsea Leigh Furman
(See above for address)
*ATTORNEY TO BE NOTICED*

Matthew J. Cavanagh
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Urgen Care College of Physicians, Inc.**
*an Illinois Corporation*
*doing business as*
College of Urgent Care Medicine

represented by Chelsea Leigh Furman
(See above for address)
*ATTORNEY TO BE NOTICED*

Matthew J. Cavanagh
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/12/2024 | 57 | RESPONSE in Opposition re 50 MOTION False Settlement Document Filing Notification filed by Barry Oliver Chase. Attorney Barry Oliver Chase added to party Barry Oliver Chase(pty:obj). Replies due by 7/19/2024. (Chase, Barry) (Entered: 07/12/2024) |
| 07/12/2024 | 56 | RESPONSE in Opposition re 50 MOTION False Settlement Document Filing Notification filed by The Braveheart Group, LLC. Replies due by 7/19/2024. (Attachments: # 1 Affidavit Declaration of Matthew Cavanagh)(Furman, Chelsea) (Entered: 07/12/2024) |
| 07/03/2024 | | Set/Reset Deadlines/Hearings as to 50 MOTION False Settlement Document Filing Notification. (per order de 22 ) Responses due by 7/12/2024. (drz) (Entered: 07/08/2024) |
| 07/03/2024 | 55 | ORDER granting 54 Motion for Extension of Time. The deadline for Defendant to file a Response to Plaintiff's Motion in this action is July 12, 2024. Signed by Magistrate Judge Lisette M. Reid on 7/3/2024. *See attached document for full details.* (gat) (Entered: 07/03/2024) |
| 07/03/2024 | 54 | First MOTION for Extension of Time Extension to July 12, 2024 by The Braveheart Group, LLC. Responses due by 7/17/2024. (Furman, Chelsea) (Entered: 07/03/2024) |
| 07/01/2024 | 53 | ORDER REFERRING 50 MOTION False Setlement Document Filing Notification filed by Anthony Stanley. Motions referred to Judge Lisette M. Reid for Report and Recommendation. Signed by Judge Raag Singhal on 7/1/2024. *See attached document for full details.* (drz) (Entered: 07/01/2024) |
| 06/26/2024 | 52 | NOTICE of Filing stating Attorney is no longer representing Plaintiff by Anthony Stanley. (drz) (Entered: 06/26/2024) |
| 06/21/2024 | 51 | CLERK'S NOTICE OF REASSIGNMENT OF CLOSED CASE. Case reassigned to Judge Raag Singhal for all further proceedings. Senior Judge Patricia A. Seitz no longer assigned to case. (vjk) (Entered: 06/21/2024) |

(Rev. 10/2002) General Document

**Certificate of Service**

I ___Anthony Stanley, M.D___, certify that on this date ___7/19/2024___ a true copy

of the foregoing document was mailed to: _____

name(s) and address(es)

By: ___Anthony Stanley___          ___Anthony Stanley___ (signature)

Printed or typed name of Filer          Signature of Filer

N/A          Stanmeddesigns@gmail.com

Florida Bar Number          E-mail address

(305) 439-7274          N/A

Phone Number          Facsimile Number

7900 Harbor Island Drive #1514

Street Address

North Bay Village, FL 33141

City, State, Zip Code