(Rev. 10/2002) General Document

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:2-cv-20793-PAS

Anthony Stanley, M.D.

FILED BY _____ D.C.
JUL 19 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Plaintiff(s)

v.

The Braveheart Group L.L.C a New Jersey Limited Liability Company, d/b/a The Journal of Urgent Care Medicine

Defendant(s)

Motion Filing of Multiple False Statements into legal Records
(TITLE OF DOCUMENT)

I, Anthony Stanley MD plaintiff or defendant, in the above styled cause,

See Attached

June 18th, 2024

Dear U.S. District Court Southern District of Florida (Miami):

## Civil docket for case #: 1:23-cv-20793-PAS

**To Whom It May Concern:** I, Anhtony Stanley, MD want to formally submit a Motion rebuttal to Defense Attorney Matthew J. Cavanagh submitted documents 07/03/2024 and 07/12/2024. This attorney has an unfair legal advantage over me due to me not being able to obtain legal counsel in the State of Floria so far. How ever I will do my best based on truth honesty, integrity and God Blessings.

First, I would like to review some background information to keep everything in perspective. Despite Attorney's Cavanagh conjecture that I am trifling with time since the settlement was filed 9 /7/2023. As you may not know my former Attorney Barry Chase quit all legal defensive services (8/24/2023) the evening prior to the settlement day (8/25/2023). The settlement was brought on abruptly by unconfirmed email received by Attorney Mathew J. Cavanagh and delivered as "a God's truth False Narrative" to my Attorney at the time Barry Chase, who immediately believed him without calling parties involved to confirm the facts and investigate the intent of use/ purpose, surrounding the limited data (e mail) provided. The pretext of the law is to tell the truth, the whole truth and nothing but the truth, so help me God. How ever that did not happen with Attorney Cavanagh who does not know the truth, he will hastily jump on anything that will offer one thread of hope at this time, to get them (his clients) out of legal trouble for **Copyright Infringement, Predatory Journalism. Attorney Cavanagh** in prior documents, will quote a Florida Statue and then apply his personal false narrative to explain it into his actions and conjectures, **usually not the truth. If you read any statement in his recent filings, that is all Attorney Cavanagh talks about is an unexplained e mail (that one thread of witness tampering) to provide a smoke screen to cover all the hard-core evidence that brought us to the 2.5-year lawsuit. I will point out facts of support as we proceed. Attorney Cavanagh, as you know, is long-winded, but I will be brief and to the point.**

Attorney Cavanagh stated a False Narrative as usual in his Motion filed 7/03/2024 **"there is no exigency as Stanley's motion concerns matters that occurred almost one year ago"**. I am the primary caretaker of my 93 y/o mother with dementia for 2 years. I work part time (2 days a week) now. My available time is limited.  Contrary to Attorney Cavanagh, my attorney abandoned my case on the eve of Settlement (8/24/2023), rendering me with no legal counsel on settlement day contrary to Attorney Cavanagh's **False Narrative**

comments **I had no legal counsel of defense,** Attorney Chase on the evening before stated with witness I am only going to process paperwork. Attorney Barry Chase was at the settlement on his home/office computer but did not utter one word of legal defense in my assistance. I have sense written the **Florida Bar** about his abandonment of my services at the crucial hours August 2023 during settlement negotiations. Attorney Barry Chase was formally terminated 12/03/2023. Thus, the last 6 months, I have had an exceedingly challenging time, obtaining a Florida Lawyer to **appeal the case.** The responses lawyers send back statements: the case is not their area of law, or they are afraid of the "taboo stigma" of "a settled case once sealed, nobody can reopen." I have a 30-page log of lawyer research correspondence, documenting my difficulties finding a lawyer even Dade County Bar association, Broward County Bar Association, and Florida Bar Association, and private law firms. As a sample of the response, I have included 2 recent letters (**Exhibit 1**from the Miami Dade Bar association lawyer referral service and ` a private law firm) for evidence that I am unsuccessful at this point in obtaining appropriate legal representation for those interested. So, it is without available legal representation at this time, and concern of exceeding any **statute of limitations,** that I will continue to submit on my own legal documents as a US Citizen and Florida Resident. This document will serve as my **formal complaint** responses and **request for an appeal approval.**

To start I must inform you that on the **eve of** August 24th, 2023, of a scheduled mediation in which offers of settlement damages were on the table with the defendant accused of **Copyright Infringement, Predatory Journalism** (article reprinting, 24 months of full-page advertisements in the journal to help offset business loss, cash damage awards for damage to various business plans interrupted etc.). Just before 4 pm, on the **eve of** August 24th, 2023, my Attorney Barry Chase received communication from defense Attorney Matthew Cavanagh, of possible witness tampering without personally investigating into the accusation or facts. Attorney Chase, **fell for** and believed the **False Narrative** given to him (**Reid Technique**) by the defense Attorney Matthew Cavanagh. Attorney Chase on the spot, became frantic and stated he was "going to quit my case" (after 2.5 years paid legal services). He stated I am "no longer going to defend you," "nor am I going to the mediation," which was prescheduled for next morning. He rescinded (a week ago), prior offer to come to his office to view the Zoom mediation together. In an unusual tone of voice, threatened me that, if **"The Judge"** finds out you could be made to **pay all legal fees** and **go to jail!** At that point on, he became dysfunctional (breach of duty to provide skillful and competent legal representation). The next morning, he called me unexpectedly and stated he was going to be at the schedule Zoom Mediation, but he **was not** going to defend me only facilitate paperwork (and that is what he did from that point on, true to his word, push papers), and that he had **an image to uphold.** From that point he provided **no defense**

**counseling, or legal advisement services were rendered.** Late that Thursday afternoon I became numb, nervous, and confused trying figure things out, ("what tampering" and why would the "Judge be angry with me..." the whole night I and many nights thereafter) was an intense adrenaline rush nightmare, like I was drinking a pot of coffee). At the mediation the following morning, a lot of legal formalities I had expected, were just dropped. I believe unbeknown to me there was communication from the defense side to the Mediator, which may have prejudiced the resolve of the Mediator. I suspect he was **likely told the same false narrative.** For their fee of $4500 for mediation services, there was no introduction of attendees on the defense side, no discussion of the day's agenda process, no closing statement at the end of the day. The Mediator stated that my attorney Barry Chase (**unbeknown to me**) had called his office late Thursday evening in an attempt to cancel my mediation but subsequently was told he had to be present at the Zoom Meeting the next morning. When the Mediation started the Mediator (attorney Jeffrey Grubman), addressed me as though I was a **"convicted criminal"** he told me he knew about the case and that I had no options. He gave me further legal advice that, that I should sign the settlement now, "a walk away" or risk **"The Judge"** finding out and make you pay JUCM legal fees, "which are $150,000 right now", and possibly go to jail. My lawyer said nothing. **Attorney Grubman conducted the settlement!** I was just numb, frozen, in shock sitting alone in my condominium in front of a computer screen. Attorney Cavanagh says I was "coerced" it was more like I was **given a life-threatening decision to make** in my living room! A frightening experience to be accused, tried, and sentenced in a few seconds. I later found out **my lawyer** could have stopped the Mediator from addressing me in such a harsh tone, made them conduct the mediation professionally and or postponed the settlement etc... My lawyer just sat quietly on his side of the computer. **I am not a lawyer in am just a doctor!** I signed the settlement papers presented to me (pages 1-4) **under duress as described** on the morning of August 25,2023 and e mailed them back to the Mediator. I e-mailed my council several times during the day for a counter signed contract agreement by the JUCM that day but was repeatedly ignored my e mail request or changed the subject. This is my second time requesting (6/20/2024), **please request a copy of the Zoom Video recordings of the mediation date 8/25/2023 from Attorney Barry Chase office, Attorney Mathew Cavanagh office and JAMS (Attorney Jeffery Grubman).**

Recently Attorney Cavanagh states Attorney Matthew Logan was at the zoom settlement. Please provide of all who were present. However, the JAMS mediator did not formally introduce anyone in attendance nor was I provided a list for my legal records of who was on the other side viewing Zoom. **These formalities should have been performed but were not.**

Now with that background: The present documents are signed by **Matthew Logan,** General Counsel for the Braveheart Group, a non-Florida lawyer, who was present at the Zoom Settlement hearing 8/25/2023 did not take the time to sign the documents settlement terms negotiations on 8/25/2023, however, affixed his signature on the settlement documents confirming the completion of negotiated agreement between myself (Anthony Stanley, MD) and the Braveheart Group on the date of 8/25/2023. I have said it before and I still find it strange that all attorneys involved knowingly forwarded **Judge Patrica Seitz** documents to signoff, dated 8/25/2023, because the forms she signed, did not exist **on 8/25/2023.** Secretly, the documents were being meticulously recrafted. From my investigation, this drafting took place over a 5-day period. The final redrafting date was 8/29/2023). The documents attorney **Matthew Logan** signed are **fake, altered documents** (terms were changed on every page #1-4 of which they attached signature page # 5 from Dr. Stanleys originally signed document from 8/25/2023. This can be verified by checking the serial #'s on the bottom left conner of each document you have filed. They are different from page #5. **Attorney Cavanagh is very deceptive in his language**. In the recent documents submitted to the court he says I signed the **settlement document,** that is not correct, I signed the collective statements presented to me in the **settlement documents.** There were 4 pages to the **documents** not just a signature page. Attorney Cavanagh keeps clouding the issue by only talking about a signature page. He and his cohorts changed pages 1 to 3 and thus changed the terms of the original agreement. The terms are modified to give stronger control and advantage of the JUCM which were not originally presented. Attorney Cavanagh deceptively stated just a few subtle changes. The redrafting was not completed until Attorney Mathew Logan supposedly signed and dated it 8/25/2023, however Mathew logan did not sign anything on 8/25/2023. The documents should be made null and void. Again, I would like to bring your attention to Terms section #3 on Page 2. **Resubmission** this is a revised version from the original one I signed on 8/25/2023, after reading it, in comparison from the original I signed, one can see, it is another unlawful attempt to strengthen their control over potential authors and limit my ability to freely submit a new article without giving up all control of copyrighted work upon submission. Authors have copy rights but it is illegal to create documents to make you give up your rights just so a company can exploit you at will. That is something I would like the court to think about and read the terms of item #3 of the settlement papers and the changes made. Attorney Cavanagh use the False Narrative it's just a few changes. Those few word changes means freedom or slavery to an author. Not stopping this control seeking statement re written will be used in their new policy for future authors. **This ploy** will increase the JUCM ability to practice **Predatory Publishing** and **Copyright Infringement** with no challenges,

which is the original crime that brought us to your court. You, see Judge Seitz, you cannot trust these lawyers / JUCM. They are willing to use your signature from the Court to certify false documents that will hinder the negotiations and financial control of future hard-working authors of all nationalities, they don't care we are "just another mark". They learned from joyfully, and miserably hurting me, how to avoid detection and now have "crafted **a foolproof plan approach,"** by signing the document they sent to your desk and approved. I am concerned they will likely use this approved document by you and set a new standard of practice that can be adapted nationwide to overshadow the hard-fought established Copyright Laws of America. They need a strong punishment from your office that will resonate and let the world know **Florida Law is Impeccable**. Also notice **Terms** section # 14 **Modification** clearly states: **"Any modifications of this Agreement must be in writing and signed by all Parties. No oral modifications shall be effective to vary or alter the terms of this Agreement."** This condition means that I (Anthony Stanley, MD) should have **cosigned the recent changes** to be effective and acknowledge acceptance, as per the explanation written (but I never did). I later discovered those documents were crafted in full collaboration, by the **three "Florida lawyers"**: Matthew J. Cavanagh, Chelsea Leigh Fuand and Barry Chase as listed. They were very tricky, Judge Seitz. It is only with 36 months (up to this point) of pain, suffering, nightmares, getting up reading, re-reading and rethinking what went wrong that I finally could put the full picture together. It all started because of stealing and misprinting my **7-year research medical article** and senseless strong defiance **to avoid simply reprinting** it on their part." They need more than **a "slap on the wrist."**

I would like to take a moment to review the **definition of "Florida Lawyer"** as defined by **Judge Patricia A. Seitz**. In a hearing, CASE # 23-cv-20793 she presided over, June 14, 2023. In her opening statements Page 11 section #15-25 and continues to page 12 sections 1-20. In those sections she clearly explained the way she expected her "Florida Lawyers" to conduct themselves. She talked about how proud she was of her "Florida lawyers." Their professionalism, their character, the privilege they have to serve the law with honesty, respectful, truthfully, and integrity **to the citizens of Florida, particularly for the plaintiff** attorney. She even said a word to the defendant lawyer, **"to take this opportunity of how they can do better in the future."** What she said was clear and like school kids nodding their heads acknowledged by **Matthew J. Cavanagh, Chelsea Leigh Furman, Barry Chase**. Their subsequent plotted actions are contrary to what Judge Patricia A. Seitz had discussed. They, collectively, the "Florida Lawyers" disobeyed, conspired together to obtain a signed, **False Narrative Draft** that will make them all come out looking **squeaky clean,** limit the reprisals of Dr. Stanleys claims **copyright infringement and predatory**

**publishing,** enhance their personal **esteem, advocate for continued employment potential with their employer, and for some, just keep their "image intact".**

The sum of these actions since 8/24/2023 has caused me, undo mental stress, poor sleep, decline in my physical health and depression. I intercepted an email communication from Attorney Cavanagh to Attorney Barry Chase on plotting, <u>adding more information on to the submitted filed settlement documents</u>. On 9/12/2023 They discussed how to straighten out some filing mistakes attorney Cavanagh had run into. My attorney Barry Chase was assisting him with support. To find out there was **more plotting of the horrific crime I thought was over was a shock.** I subsequently emailed both on 9/13/2023 (documented) to stop that unlawful communication. They were "freaking me out" and to ask me any questions that come up and not Attorney Chase as of that date. I informed Attorney Cavanagh; Attorney Chase was no longer my attorney. The next day I felt weak and fatigued, at a coincidentally, scheduled PCP visit. The doctor said I did not look good. EKG revealed Atrial Fibrillation with a fast ventricular rate. She sent me to **Baptist Health South Miami Hospital Emergency Room** September 14, 2023. The diagnosis of acute atrial fibrillation with rapid ventricular response was confirmed, pending myocardial infarction if not corrected. I had to **undergo a workup** at that time and documented in the medical records. The condition was stabilized with medication and in retrospect all triggered from the sudden sustained stress of 8/24/2023 and subsequent events.

These deceptive actions added to ongoing damage I believe resulted in my current personal injury and continued monetary loss I suffer. These "Florida Lawyers" committed **premeditated deception** and **lies to the detriment** to me, Anthony Stanley, MD (community servant). **Legal Malpractice** by these lawyers is the term that comes to mind.

A more recent example of Attorney Cavanagh **deceptive manipulative behavior** came most recently in his conversation with Judge to obtain an approval to file the Motion 7/03/2024 (see **Exhibit 3** in a July 2, 2024 at 11:05am email to me he sighted the courts **local rules require** him to ask weather I agreed or or opposed his request. I responded to Attorney Cavanagh letter the next day at 7:47am and told him in an e mail before the Business Day started to, not submit any Motions on my case, it was not needed. He in turn on his arrogant mind set submitted a Motion on Wednesday Jul 3rd, 2024, at 112:11am. He subsequently sent me an e mail letting me know he ill regardless filed the Motion that you have and put in a simple statement in my email <u>**"As you will read, we indicated to the court that you do not agree to the extension."**</u> However, in the letter to the Judge he used different wording which made it appear that I never responded to his Rule 7 request for approval. On the Court documents he submitted a deceptive statement: <u>***"Stanley has not agreed to the requested extension."***</u> which looked like I did not respond to his initial

request as per Rule 7, and subsequently was granted approval to submit the Motion by the Judge. Attorney Cavanagh is too slick, and I hope the court will put a halt to his manipulation with the Florida legal system.

**CERTIFICATION UNDER LOCAL RULE 7.1(A)(3)**

***Pursuant to Local Rule 7.1(a)(3), I hereby certify that Matthew Cavanagh, counsel for Braveheart emailed Stanley on July 2, 2024, at 11:06 a.m., explained the basis for this motion,***

***asked whether he agrees to or opposes this motion. "Stanley has not agreed to the requested extension."***

Lastly, I want to point out to the court that the **case has been Sealed**. The current Motions presented by me only contest the validity of a **properly executed settlement agreement in the eyes of the Florida Legal System**. This is what is at stake at the present time. No copyright infringement issues, no witness tampering suspensions issues, no predatory publishing issues etc. None of that is relevant currently because the case is closed. **"Sealed"**. There is **a Gag Order in place**. However, Attorney Cavanagh has ignored that fact, and crossed the line into illegal activity for his purposes to win at all costs. There is no reason to have **Violated the GAG Order** and now flood the internet with my personal case records, personal information (for the public who access to view). His actions in placing my personal legal files on the internet, will damage my professional credibility and worsen my state of health (cardiac wise) as previously documented due to the additional stress. There is no value in bringing up anything in the Sealed Case that will explain why:

(1) Why Attorneys Barry Chase, Chelsea L. Furman and Mathew J. Cavanagh secretly made changes (recrafted with multiple changes) to the original legal documents completed on 8/29/2023 and not notify and have Dr. Stanley to re counter sign the changes according to the terms of the settlement documents executed 8/25/2023 signed by Dr. Stanley only.

(2) Attorney Logan of the Braveheart Group, LLC signed altered documents no **8/29/2023** and knowingly predated them **8/25/2023** to present to the U.S. District Court Southern District of Florida for counter signing by the Judge. That is an **unlawful activity**. Especially since all involved are licensed attorneys, knew or should have known. It's all criminal! This

act and the **smoke screen attempts** created by releasing private sealed documents into this latest Motion, despite being under a gag order is the best example of abuse of power. Attorney Cavanagh in an attempt to overshadow the illegal procurement and processing of the settlement documents, has reopened the case and filled his complaint with irrelevant **case information,** to be addressed by a new attorney if the case is appealed. But at this time the case is sealed, and the only relevant issue is **where the settlement papers procured and processed according to the State of Florida laws?**

I would like to ask the court to formally investigate my complaint of false filing (bait and switch) of the legal settlement documents submitted and if what I am saying is confirmed please render the filed settlement agreement dated 8/25/2023 **null and void (appeal approval)** and a statement to allow me the freedom to pursue true justice, for my case with a true "Florida Lawyer or Firm".

As always, my family and I would like to thank you and the justice system for your time, dedication, and hard work for the State of Florida.

Sincerely,

*(signature)*

Anthony G. Stanley, MD



Anthony Stanley MD <stanmeddesigns@gmail.com>

---

## Miami Dade Bar - Lawyer Referral Service: Your Attorney Referral
2 messages

---

**Miami Dade Bar** <communications@intouchondemand.com>　　　　　Thu, Jun 13, 2024 at 2:08 PM
Reply-To: LRSClient@miamidadebar.org
To: stanmeddesigns@gmail.com



Dear Anthony Stanley:

Thank you for utilizing our referral service. Please find below the attorney you have been referred to with their complete contact information. We recommend that you keep this for your records.

**Please call the attorney to schedule your initial consultation.** Your contact information has been sent to the attorney to facilitate the scheduling your appointment and confirmation of the referral service you have requested.

**Attorney Information:**

Christopher Berga
BergaLaw PA
121 Alhambra Plaza
Suite 1500
Coral Gables, FL 33134
305-901-1620
bergalaw.com

The $50 non-refundable referral fee receipt will be mailed by request in a separate email.

Please email us at LRSClient@miamidadebar.org should you have any questions or need additional assistance.

Best regards,

Miami Dade Bar - Lawyer Referral Service

https://miamidadebar.org/

**CONFIDENTIAL COMMUNICATION:** This communication may contain proprietary information and may be confidential. If you are not the intended recipient, the reading, copying, disclosure or other use of this e-mail is strictly prohibited and you are instructed to delete this email immediately.

**Computer generated** email-*do not reply directly.*
© IntelLinx, Inc. – All rights reserved - Privacy Policy

---

**Anthony Stanley MD** <stanmeddesigns@gmail.com>  Mon, Jun 17, 2024 at 3:45 PM
To: LRSClient@miamidadebar.org

**Dear Miami Bar Association:**

I just spoke with **Attorney Christopher Berger** at 2:03 pm to 2:13 pm and **"my hands are shaking"** while typing you this email. **He should be taken off the referral list.** He asked a thousand questions in such rapid haste. I was not able to keep up with him. Our conversation should have been a slow paced 30 min conversation since i paid for 30 minutes. I tried to explain the case (2.5 years) from the beginning which helps to understand the **sudden settlement I signed under duress and now trying to request reinstatement of my case**. He wanted to know if I was in a lawsuit? I was not sure of what I was in or what he was asking, "as far as I know I was in mediation which changed into a settlement at the last minute". I know I wanted him to appeal the case.
I said ,"I don't know i am just a Doctor"
He said "well if you are a Doctor, you should know if you were in a lawsuit".
**He asked me** by the **why didn't** any Attorney over the past 9 months not take the case. I told him when you call the average attorney hotline, web mail box and submit an email screening brief, you likely will not hear from them in several days or a week. Eventually they may send you an email response saying "we **do not practice this kind of law".** I told him I have a notebook collection of lawyers' responses that have not taken the case because they do not practice **"this kind of law"** or **"have a conflict of interest"** ( they know the lawyer or something to that effect., etc,).
**He next asked me "do you have money to pay an attorney?** I asked him if he asked me that, because I am black? He said no, I ask all my clients if they have money to pay me.
At this point in the conversation I had to respectfully tell him, **"Attorney Burger" we should end the call."** Phone records will show the end of call at 2:13pm sharp.

I was calling for legal help and not to get into another **argument, complaint writing letter** or **lawsuit**.
It's a shame you, **Miami Dade Bar Association** have a legal assistance forum to help Dade County Residents who can't , after their diligent searching, **can't find a specific lawyer,** but interest displayed by the signees appear to be in, like the old Clint Eastwood movie title, **"for a few dollars more"!**

Thinking positive about the encounter, I will add **Attorney Christopher Berger's** response/interaction to my notebook collection as a testimonial of my legal search challenges. Please send my full refund to my American Express Card

Thank you
Anthony Stanley,MD
[Quoted text hidden]

 Gmail                                                            Anthony Stanley MD <stanmeddesigns@gmail.com>

## Conversation follow up
3 messages

**Anthony Stanley MD** <stanmeddesigns@gmail.com>                                       Mon, May 13, 2024 at 2:15 PM
To: gna@khllaw.com

Hello Attorney Andrews:
I want to first, thank you for your time today. I am sending the case information we discussed (below) Looking forward to any help you can provide.

Thanks and have a great day

Anthony Stanley, MD

## The settlement papers filling information:

*Date Contacted*

### U.S. District Court

### Southern District of Florida

**Notice of Electronic Filing**

The following transaction was entered on 9/10/2023 at 10:19 PM EDT and filed on 9/10/2023

**Case Name:**        Stanley v. The Braveheart Group, LLC et al

**Case Number:**      1:23-cv-20793-PAS

**Filer:**

**Document Number:** 46(No document attached)

IMG_0.MOV
2632K

*Date Responded*

**George N. Andrews** <gna@khllaw.com>
To: Anthony Stanley MD <stanmeddesigns@gmail.com>

Thu, Jun 20, 2024 at 3:29 PM

Dr. Stanley, my apologies. I've been buried in demands stemming from my existing case load and am unable to evaluate your matter for the purposes of a possible engagement.

Again, my apologies and best of luck going forward.

**George N. Andrews, Esq.**

 

KRINZMAN HUSS LUBETSKY FELDMAN & HOTTE   AWERBACH COHN PEREZ

———— A T T O R N E Y S   A T   L A W ————

110 Tower

110 SE 6 Street | Suite 1430 | Fort Lauderdale, Florida 33301

954.761.3454 **ext. 103** | gna@khllaw.com | khllaw.com

[Quoted text hidden]

**Anthony Stanley MD** <stanmeddesigns@gmail.com>
To: "George N. Andrews" <gna@khllaw.com>

Thu, Jun 20, 2024 at 6:57 PM

No problem, thank you for letting me know.
[Quoted text hidden]



 Gmail

Anthony Stanley MD <stanmeddesigns@gmail.com>

# Stanley v. The Braveheart Group
3 messages

---

**Cavanagh, Matthew J.** <mcavanagh@mcdonaldhopkins.com>  Tue, Jul 2, 2024 at 11:05 AM
To: "stanmeddesigns@gmail.com" <stanmeddesigns@gmail.com>
Cc: "Furman, Chelsea" <cfurman@mcdonaldhopkins.com>

Dr. Stanley,

I intend to move the Court for a one-week extension of time to respond to your motion challenging the settlement agreement. The Court's local rules require me to ask you whether you agree to (or oppose) my request. I intend to file the motion for extension by tomorrow, July 3. So please let me know your position before then, if possible.

The reason why I need more time is that I was out of town on vacation when you filed your motion, have personal obligations related to the July 4 holiday, and don't have enough time to research, draft, and complete the filing by Friday's deadline. The extension, if granted, would extend the deadline to Friday, July 12.

Regards,

Matt

**Matt Cavanagh**
Member

T: 216.348.5730
M: 216.496.5834
F: 216.348.5474
mcavanagh@mcdonaldhopkins.com
www.mcdonaldhopkins.com

600
Superior
Avenue
East
Suite 2100
Cleveland,
OH 44114



A business advisory and advocacy law firm®

---

**Anthony Stanley MD** <stanmeddesigns@gmail.com>  Wed, Jul 3, 2024 at 7:47 AM
To: "Cavanagh, Matthew J." <mcavanagh@mcdonaldhopkins.com>
Cc: "Furman, Chelsea" <cfurman@mcdonaldhopkins.com>

Hello **Attorney Cavanagh**:

**I disapprove** of any **"motion of extension"**. Any motion attempts by you, your firm or your Clients (The Braveheart Group LLC,et al) would only be to add additional emotional pain,physical suffering and financial loss to me. You all have done your best for 3 years. It all started because **I simply asked** the **editor** and **publisher** to reprint my medical article, that **you know they ruined**. Let the **Florida Judicial System** take its course with the facts at hand and make a just decision on the **Fake Settlement Agreement**. I believe in the integrity of the **Florida Judicial System**, They do not need any clarification from your office.

Thank you for your concern but it is not needed.

Regards,
Anthony Stanley, MD
[Quoted text hidden]

---

**Cavanagh, Matthew J.** <mcavanagh@mcdonaldhopkins.com>  Wed, Jul 3, 2024 at 11:11 AM
To: Anthony Stanley MD <stanmeddesigns@gmail.com>
Cc: "Furman, Chelsea" <cfurman@mcdonaldhopkins.com>

Dr. Stanley,

Attached is your service copy of the motion for extension, which we just filed. As you will read, we indicated to the Court that you do not agree to the extension.

Regards,

**Matt Cavanagh**
Member

T: 216.348.5730
M: 216.496.5834
F: 216.348.5474
mcavanagh@mcdonaldhopkins.com
www.mcdonaldhopkins.com

600 Superior Avenue East
Suite 2100
Cleveland, OH 44114

**McDonald Hopkins**
A business advisory and advocacy law firm

[Quoted text hidden]
[Quoted text hidden]

> [Quoted text hidden]
>
> **Matt Cavanagh**
> Member

T: 216.348.5730
M: 216.496.5834
F: 216.348.5474
mcavanagh@mcdonaldhopkins.com
www.mcdonaldhopkins.com

600
Superior
Avenue
East
Suite 2100
Cleveland,
OH 44114

## McDonald Hopkins

A business advisory and advocacy law firm

---

📄 **ECF 054   motion for extension(33848751.1).pdf**
580K

(Rev. 10/2002) General Document

## Certificate of Service

I __Anthony Stanley, M.D__, certify that on this date __7/19/2024__ a true copy of the foregoing document was mailed to: _____
                                                                        name(s) and address(es)

By: __Anthony Stanley__
Printed or typed name of Filer

__N/A__
Florida Bar Number

__(305) 439-7274__  #1514
Phone Number

__7900 Harbor Island Drive__
Street Address

__North Bay Village, FL 33141__
City, State, Zip Code

Signature of Filer

__stanmeddesigns@gmail.com__
E-mail address

__N/A__
Facsimile Number